# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 2:05-CR-3 (25) |
| | § | |
| OLANDARIS DEMONTRAY FEGGETT | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Both parties waived their right to file objections to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to the allegations as set forth in the government's petition be **ACCEPTED**. Based upon the defendant's plea of true to the allegations, the court finds that the defendant violated the conditions of his supervised release. It is further

**ORDERED** that the defendant be sentenced to time served with 12 months of supervised release to follow.

SIGNED this 2nd day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1